Stein, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBYN DITOCCO and TONY DITOCCO, )
                                                         Plaintiffs,

- against -                  10 CIV 04186 (SHS)

RICK RIORDAN, DISNEY/ABC          **STIPULATION AND ORDER**
INTERNATIONAL TELEVISION
COMPANY, INC., THE WALT DISNEY
COMPANY, TWENTIETH CENTURY FOX
FILM CORPORATION, FOX
ENTERTAINMENT GROUP, INC., DUNE
ENTERTAINMENT III LLC, and DOES 1-10,

                                                  Defendants.

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that:

(1) On or about May 21, 2010, plaintiffs filed a complaint (the "Complaint") in the above-referenced action;

(2) Defendants executed waivers of the service of summonses on or about June 25, 2010, and pursuant to that waiver the deadline for the defendants to answer, move, or otherwise respond to the Complaint currently is July 27, 2010;

(3) No other previous request for adjournment or extension has been made in this matter;

(4) The time for defendants to respond to the Complaint in this action by answer, motion or otherwise is extended to and including **August 27, 2010**;

(5) In the event defendants respond to the Complaint by way of a motion, plaintiffs' opposition papers will be due on September 13, 2010 and defendants' reply papers will be due on September 20, 2010; and

WLA - 022031/000016 - 474090 v1

(6)   This stipulation may be executed in counterparts by the parties, and PDF images or facsimile copies of the signature pages of this stipulation are deemed as originals for purposes of filing and judicial endorsement.

Dated: July __2__, 2010

| | |
|---|---|
| TOBEROFF & ASSOCIATES, P.C. | HOGAN LOVELLS US LLP |
| By: _/s/ MT_ | By: _____ |
| Marc Toberoff, Esq. (MT 4862) | Sanford Litvack, Esq. |
| 2049 Century Park East, Suite 2720 | Theresa M. House, Esq. |
| Los Angeles, CA 90067 | 875 Third Avenue |
| Tel.: (310) 246-3333 | New York, NY 10022 |
| Fac.: (310) 246-3101 | Tel.: (212) 918-3000 |
| E-Mail: MToberoff@ipwla.com | Fac.: (212) 918-3100 |
| | E-Mail: sandy.litvack@hoganlovells.com |
| *Attorneys for Plaintiffs* | theresa.house@hoganlovells.com |
| | *and* |
| LOEB & LOEB LLP | David R. Singer, Esq. (*pro hac vice* |
| By:_____ | *application* to be submitted) |
| Jonathan Zavin, Esq. | 1999 Avenue of the Stars, Suite 1400 |
| Jonathan N. Strauss, Esq. | Los Angeles, CA 90067 |
| 345 Park Avenue | Tel. (310) 785-4768 |
| New York, NY 10154 | Fac. (310) 785-4601 |
| Tel.: (212) 407-4161 | E-Mail: david.singer@hoganlovells.com |
| Fac.: (212) 658-9105 | |
| E-Mail: jzavin@loeb.com | *Attorneys for Defendants Rick Riordan,* |
| jstrauss@loeb.com | *Disney/ABC International Television* |
| | *Company, Inc., and The Walt Disney Company* |
| *Attorneys for Defendants Twentieth Century* | |
| *Fox Film Corporation, Fox Entertainment* | |
| *Group, Inc., and Dune Entertainment III LLC* | |

SO ORDERED:

_____
U.S.D.J.

Dated: New York, New York
       July __6__, 2010

(6)     This stipulation may be executed in counterparts by the parties, and PDF images or facsimile copies of the signature pages of this stipulation are deemed as originals for purposes of filing and judicial endorsement.

Dated: July 2, 2010

TOBEROFF & ASSOCIATES, P.C.

By:_____
   Marc Toberoff, Esq. (MT 4862)
   2049 Century Park East, Suite 2720
   Los Angeles, CA 90067
   Tel.: (310) 246-3333
   Fac.: (310) 246-3101
   E-Mail: MToberoff@ipwla.com

*Attorneys for Plaintiffs*


LOEB & LOEB LLP

By:_____
Jonathan Zavin, Esq.
Jonathan N. Strauss, Esq.
345 Park Avenue
New York, NY 10154
Tel.: (212) 407-4161
Fac.: (212) 658-9105
E-Mail: jzavin@loeb.com
       jstrauss@loeb.com

*Attorneys for Defendants Twentieth Century Fox Film Corporation, Fox Entertainment Group, Inc., and Dune Entertainment III LLC*

HOGAN LOVELLS US LLP

By:_____
   Sanford Litvack, Esq.
   Theresa M. House, Esq.
   875 Third Avenue
   New York, NY 10022
   Tel.: (212) 918-3000
   Fac.: (212) 918-3100
   E-Mail: sandy.litvack@hoganlovells.com
           theresa.house@hoganlovells.com

   *and*

   David R. Singer, Esq. (*pro hac vice application* to be submitted)
   1999 Avenue of the Stars, Suite 1400
   Los Angeles, CA 90067
   Tel. (310) 785-4768
   Fac. (310) 785-4601
   E-Mail: david.singer@hoganlovells.com

*Attorneys for Defendants Rick Riordan, Disney/ABC International Television Company, Inc., and The Wall Disney Company*


SO ORDERED:


_____
U.S.D.J.

Dated: New York, New York
       July ____, 2010

(6) This stipulation may be executed in counterparts by the parties, and PDF images or facsimile copies of the signature pages of this stipulation are deemed as originals for purposes of filing and judicial endorsement.

Dated: July ___, 2010

| | |
|---|---|
| TOBEROFF & ASSOCIATES, P.C. | HOGAN LOVELLS US LLP |
| By: _____ | By: _____ |
| Marc Toberoff, Esq. (MT 4862)<br>2049 Century Park East, Suite 2720<br>Los Angeles, CA 90067<br>Tel.: (310) 246-3333<br>Fac.: (310) 246-3101<br>E-Mail: MToberoff@ipwla.com | Sanford Litvack, Esq.<br>Theresa M. House, Esq.<br>875 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 918-3000<br>Fac.: (212) 918-3100<br>E-Mail: sandy.litvack@hoganlovells.com<br>theresa.house@hoganlovells.com |
| *Attorneys for Plaintiffs* | and |
| LOEB & LOEB LLP | David R. Singer, Esq. (*pro hac vice application* to be submitted)<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel. (310) 785-4768<br>Fac. (310) 785-4601<br>E-Mail: david.singer@hoganlovells.com |
| By: _____<br>Jonathan Zavin, Esq.<br>Jonathan N. Strauss, Esq.<br>345 Park Avenue<br>New York, NY 10154<br>Tel.: (212) 407-4161<br>Fac.: (212) 658-9105<br>E-Mail: jzavin@loeb.com<br>jstrauss@loeb.com | |
| *Attorneys for Defendants Twentieth Century Fox Film Corporation, Fox Entertainment Group, Inc., and Dune Entertainment III LLC* | *Attorneys for Defendants Rick Riordan, Disney/ABC International Television Company, Inc., and The Walt Disney Company* |

SO ORDERED:

_____
U.S.D.J.

Dated: New York, New York
July 6, 2010

2